United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 2, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-20677
Summary Calendar

ASHDON, INC., doing business as Impression Bridal,

Plaintiff - Appellant,

VERSUS

ASAP OF GEORGIA, INC.,

Defendant - Appellee.

Appeal from the United States District Court
for the Southern District of Texas, Houston Division
H-03-CV-346

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[1]

We affirm the judgment of the district court dismissing the plaintiff's case without

prejudice in response to the defendant's Motion to Dismiss for Improper Venue for essentially the

reasons stated in the district court's Minutes and Order dated May 29, 2003.

AFFIRMED.

---

[1] Pursuant to 5TH CIR. R. 47.5, t he Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.